Mabel C. Weidemann, Plaintiff, v. Olof A. Anderson et al., Defendants.
Lena Akerberg, Appellee, v. John S. Van Loan et al., Appellants.

Gen. No. 40,623.

opinion filed November 26, 1940.  Ivor Jeffreys, for appellants; De Witt B. Bayer, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. ''Not to be published in full.''